### 10367. AMASON v. THE STATE.

BROYLES, P. J. The conviction of the accused depended wholly upon circumstantial evidence. The court therefore erred in failing, even in the absence of a timely written request, to charge the law of circumstantial evidence. While "it is immaterial what language is employed to convey this instruction" (*Mangum* v. *State*, 5 *Ga. App.* 445, 63 S. E. 543; *Bush* v. *State*, 23 *Ga. App.* 126, 97 S. E. 554), there was no language in the charge in the instant case which sufficiently presented it. Because of this error a new trial is required.

*Judgment reversed. Bloodworth and Stephens, JJ., concur.*

DECIDED JUNE 9, 1919.

Indictment for larceny; from Fulton superior court—Judge Hill. December 21, 1918.

*Ernest G. Bentley*, for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens*, contra.